Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of UnItedSTATE GYLnn Couty

_____ Division

Case No. _____
(to be filled in by the Clerk's Office)

Jackie Johnson and Keith Higgins
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Johnnie Hobbs
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Jackie Johnson District Attorney
  All other names by which you have been known: Keith Higgins Attorney at Law
  ID Number:
  Current Institution: 701 H St Court House
  Address: Brunswick, Georgia 31520

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: both Keith Higgins
  Job or Title (if known): Court House
  Shield Number:
  Employer: Attorney at Law
  Address: 701 H St, Brunswick, GA 31520
  [ ] Individual capacity   [✓] Official capacity

  Defendant No. 2
  Name: Jackie Johnson
  Job or Title (if known): District Attorney
  Shield Number:
  Employer: Court House
  Address: 701 H St, Brunswick, GA 31520
  [ ] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: Keith Higgins
  Job or Title (if known): Attorney At Law
  Shield Number:
  Employer:
  Address: Court House
  Brunswick, GA 31520
  City / State / Zip Code

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name: Jackie Johnson
  Job or Title (if known): District Attorney At Law
  Shield Number:
  Employer:
  Address: Court House
  Brunswick, GA 31520
  City / State / Zip Code

  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*My federal right have been violated My Due process Rights*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*I am in the Couty Jail I did my Prison time 30 do 10*
*I did 7 years of 10 All together*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*My Attorney Keith Higgins I Receive Effective Assistance of Counsel*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Jackie Johnson My Due process I was never Indict Befor convicted and senten state, Lackd subject matter Juridietion I never waiver Indictment or Agreement to be prosecut By Accusation*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

April 29 2013

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

yes it was the Brunswick GA Police Department and Judge He was A District Attorney on my old case Be in 2002

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Due to the Events I've suffered mentally Physically and emotionally. I've suffered and Currenty still am suffering for Back flashes, night mares, lack of Sleep trauma from inprisonment All together.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

UNITED STATES DISTRICT court for the DISIRTCT of Gyinn County Defendant was Never In Dicment Befor go to TRiAL OR I never waiver Indictment OR agreement to be Prosecution By Accsation

I Respectfully ask the to over turn convicted and sentenc my convic and state Prisoner $200000

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Glynn County Jail Lee State Prison Johnson State Prison

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Filed of suit 6/24/24

GDC #1269?? ?????  CIVIL ACTION

IN THE SUPERIOR COURT OF Glynn County

STATE OF GEORGIA

vs

JOHNNIE HOBBS

Motion for Summary Judgment

Notes to form I Respectfully submitted my case

District Attorney
Jackie Johnson

Attorney
Keith Higgins

I Receive Effective Assistance of Counsel

Civil Actions in Aid of Defense of Criminal cases
United State District Court of Glynn County southe?
District Court of Brunswick Georgia

---

In The Court of Glynn County I want to trial But I never was indict by A Grand Jury or never waiver Indictment or Agreement to be Prosecution by Accusation

My Right have bee Violated Due Process Rights uses and Limits of Legal Action - Move for dismiss for lacked Subject matter Jurisdiction Bad faith Prosecution.

Johnnie Hobbs 967570
Glynn County
160 Sulphur Springs Road
Branswick GA 31520

Legal Mail

GLYNN COUNTY DETENTION CENTER
INSPECTED BY
JUL 1? 24
U.S. Marshals Service/SGA

Clerk office
Court House Suite 220
801 Gloucester street
Branswick GA 31520

